*IN THE UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

ADMIRAL PACKAGING, INC.

v. Civil Action No. 07-164-S

MARS PACKAGING CORP.,
WAYNE SUMMERFORD and
EVER BETTER EATING, INC.

## *AFFIDAVIT IN PROOF OF SERVICE*

I, Douglas J. Emanuel, being duly sworn, hereby depose and state as follows:

1. I am the attorney of record for the plaintiff, Admiral Packaging, Inc, and have personal knowledge of the facts set forth in this affidavit;

2. On May 9, 2007, I caused the Complaint in this case to be filed with this Court against defendants Mars Packaging Corp. ("Mars"), Wayne Summerford ("Summerford") and Ever Better Eating, Inc. ("EBE").

3. Also on May 9, 2007, I caused a copy of a summons and a copy of the Complaint to be mailed to (a) Summerford, individually, and in his capacity as an officer of Mars, (b) Timothy G. Sheedy ("Sheedy"), Esq., Mars's agent for service of process; and (c) EBE, at its principal place of business of 31 Barnstead Road, Pittsfield, NH.

4. Summerford, individually, acknowledged delivery of a copy of the summons and a copy of the Complaint on May 12, 2007.

5. Summerford, as an officer of Mars, acknowledged delivery of a copy of the summons and a copy of the Complaint on May 12, 2007.

6. EBE acknowledged delivery of a copy of the summons and a copy of the Complaint on May 14, 2007.

7. The original summons and a true and accurate copy of each of the return receipts are attached hereto.

8. Thus, pursuant to Fed. R. Civ. P. 4(e)(1), Mars and Summerford were served on May 12, 2007.

9. Further, pursuant to Fed. R. Civ. P. 4(e)(1), EBE was served on May 14, 2007.

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: May 17, 2007

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed to and sworn before me on this 17th day of May, 2007.

Notary Public
My Commission Expires: 07-01-09

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Admiral Packaging, Inc.

V.

Mars Packaging Corp., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: ~~1:USC 07 00~~ CA 07 164S

TO: (Name and address of Defendant)

Mars Packaging Corp.
790 Catamount Road
Pittsfield, NH 03263

Timothy G. Sheedy, Esq.
Agent for Service of Process
Tarbell Professional Association
45 Centre Street
Concord, NH 03301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Emanuel
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

5-2-07

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______
Date

______
Signature of Server

______
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mars Packaging Corp
790 Catamount Rd.
Pittsfield, NH
03623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery 5/12/7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Art (Tr 7005 1820 0002 7502 8133

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

MAY 12 AM 2007 036

• Sender: Please print your name, address, and ZIP+4 in this box •

Douglas J. Emanuel, Esq.
One Park Row, Ste. 300
Prov, RI 02903

Admiral

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Admiral Packaging, Inc.

V.

Mars Packaging Corp., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 164S

TO: (Name and address of Defendant)

Wayne Summerford
790 Catamount Road
Pittsfield, NH 03263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Emanuel
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

5-9-07

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
Date Signature of Server

____________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wayne Summerford
798 Catamount Rd
Pittsfield, NH
03623

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery 5/12/7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfe*
7005 1820 0002 7502 8114

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

MAY 12 AM 2007

• Sender: Please print your name, address, and ZIP+4 in this box •

Douglas J. Emanuel, Esq.
One Park Row, Ste. 300
Prov, RI 02903

Admiral

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Admiral Packaging, Inc.

V.

Mars Packaging Corp. et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 164S

TO: (Name and address of Defendant)

EVER BETTER EATING, INC.
31 Barnstead Road
Pittsfield, NH 03263

Brad J. Sterl, Jr.
Agent for Service of Process
26 South Main Street, #84
Concord, NH 03301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Emanuel
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5-9-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______
Date

______
Signature of Server

______
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ever Better Eating, One
31 Barnstead Rd.
Pittsfield, N.H.
03263

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Angela Adcock ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) ANGELA ADCOCK

C. Date of Delivery 5/14/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number (*Trans*...) 7005 1820 0002 7502 8164

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Douglas J. Emanuel, Esq.
One Park Row, Ste. 300
Prov., RI 02903

ADMIRAL