**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ADMIRAL PACKAGING, INC.

VS. C.A. No.: 07-164-S

MARS PACKAGING CORP, WAYNE SUMMERFORD and
EVER BETTER EATING, INC.

**ENTRY OF APPEARANCE**

Now come Keith B. Kyle, Esq. of Houlihan, Managhan & Kyle, LLP, Two Marlborough Street, Newport, RI 02840, and hereby enter my appearance on behalf of Defendants MARS PACKAGING CORP and WAYNE SUMMERFORD in the above-entitled matter.

MARS PACKAGING CORP and WAYNE
SUMMERFORD
By and through her attorneys,

HOULIHAN, MANAGHAN & KYLE, LLP

By: /s/ Keith B. Kyle

Keith B. Kyle, Esq. #3876
Two Marlborough Street
Newport, RI 02840
(401) 846-7777
(401) 848-7141 *facsimile*

**CERTIFICATE OF SERVICE**

I hereby certify that on this _______ day of May 2007, a copy of said Entry of Appearance was filed electronically and is available for viewing and downloading from the ECF system and by mail to the following:

Robert D. Fine, Esq. #2447
Douglas J. Emanuel, Esq. #5176
CHACE, RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903

Francis Holbrook, Esq.
MILLER, SCOTT & HOLBROOK
122 Touro Street
Newport, RI 02840

___________________________________