**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADMIRAL PACKAGING, INC.** | **:** | |
| **Plaintiffs** | **:** | |
| | **:** | |
| **v.** | **:** | **C.A. No.: 07 - 164** |
| | **:** | |
| **MARS PACKAGING CORP.,** | **:** | |
| **WAYNE SUMMERFORD and** | **:** | |
| **EVER BETTER EATING, INC.** | **:** | |
| **Defendants** | **:** | |

## ENTRY OF APPEARANCE

I, Francis S. Holbrook II, hereby enter my appearance as local counsel on behalf of the Defendant, Ever Better Eating, Inc.

Defendant,
by their attorney

/s/ Francis S. Holbrook II
Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the court on the 29th day of May, 2007 and is available for viewing and downloading on the ECF system.

/s/ Francis S. Holbrook II
Francis S. Holbrook II

6808/cb