**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ADMIRAL PACKAGING, INC.** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No.: 07 - 164** |
| | : | |
| **MARS PACKAGING CORP.,** | : | |
| **WAYNE SUMMERFORD and** | : | |
| **EVER BETTER EATING, INC.** | : | |
| **Defendants** | : | |

# STIPULATION

It is hereby STIPULATED and AGREED that the time for the Defendants to answer, and/or otherwise respond to the Plaintiff's Complaint in this action is hereby extended to June 29, 2007.

Defendant,
Ever Better Eating, Inc.
by their attorney

/s/ Francis S. Holbrook II
Francis S. Holbrook II, (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
401-847-7500
Fax: 401-841-8534
fholbrook@millerscott.com

Plaintiff,
Admiral Packaging, Inc.
By their attorney

/s/ Douglas J. Emanuel
Douglas J. Emanuel (5176)
Chace, Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
401-453-6400
Fax: 401-453-6411
demanuel@crfllp.com

Defendants
Mars Packaging, Corp., and
Wayne Summerford

/s/ Keith B. Kyle
Keith B. Kyle, (3876)
Houlihan, Managhan & Kyle, LLP
2 Marlborough Street
Newport, RI 02840
401-846-7777
keith@hmandklaw.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the court on the 30th day of May, 2007 and is available for viewing and downloading on the ECF system.

/s/ Francis S. Holbrook II
Francis S. Holbrook II

6813/cb