**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ADMIRAL PACKAGING, INC.**
**Plaintiff(s)**

**v.** **C.A. No. 07 - 164**

**MARS PACKAGING CORP.,**

**WAYNE SUMMERFORD and**

**EVER BETTER EATING, INC.**
**Defendant(s)**

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, Ever Better Eating, Inc. hereby moves that:

David A. Garfunkel, Esquire
Gallagher, Callahan & Gartrell, PC
214 North Main Street
P.O. Box 1415
Concord, NH 03302-1415
Phone: 603-228-1181
Fax: 603-224-7588
E-Mail: garfunkel@gcglaw.com

be admitted pro hac vice in the above case as trial counsel with local associate counsel identified below, on the following grounds:

Pro hac vice counsel's present representation of the client Ever Better Eating, Inc. relative to other legal matters and pro hac vice counsel's law firm's long standing representation of the client.

DATED: June 4, 2007

Ever Better Eating, Inc.
By: /s/ Francis S. Holbrook II
Francis S. Holbrook II (# 3412)
Miller Scott & Holbrook,
122 Touro Street Newport, RI 02840
(401) 847-7500
Attorney for Defendant - Local Counsel

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the court on the 4th day of June, 2007 and is available for viewing and downloading on the ECF system.

/s/ Francis S. Holbrook II
Francis S. Holbrook II

6806/cb