# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of New Hampshire and the following federal district court bar(s) U.S. Dist. Court, Dist. of NH, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Name David A. Garfunkel

Gallagher, Callahan & Gartrell, PC
Firm Name

214 North Main St.
Business Address
P.O. Box 1415
Concord, NH 03302-1415

603-228-1181
Tel. #

603-224-7588
Fax #

Local Associate Counsel - Francis S. Holbrook II

3412
R.I. Bar ID #

Miller, Scott & Holbrook
Firm Name

122 Touro Street
Business Address
Newport, RI 02840

847-7500
Tel. #

848-5854
Fax #

---

**ORDER:** This motion is hereby ____________________.

____________________
U.S. District Judge

Date: ________________