**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ADMIRAL PACKAGING, INC.**
**Plaintiff(s)**

**v.** **C.A. No. 07 - 164**

**MARS PACKAGING CORP.,**

**WAYNE SUMMERFORD and**

**EVER BETTER EATING, INC.**
**Defendant(s)**

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, Ever Better Eating, Inc. hereby moves that:

David A. Garfunkel, Esquire
Gallagher, Callahan & Gartrell, PC
214 North Main Street
P.O. Box 1415
Concord, NH 03302-1415
Phone: 603-228-1181
Fax: 603-224-7588
E-Mail: garfunkel@gcglaw.com

be admitted pro hac vice in the above case as trial counsel with local associate counsel identified below, on the following grounds:

Pro hac vice counsel's present representation of the client Ever Better Eating, Inc. relative to other legal matters and pro hac vice counsel's law firm's long standing representation of the client.

DATED: June 4, 2007

Ever Better Eating, Inc.
By: /s/ Francis S. Holbrook II
Francis S. Holbrook II (# 3412).
Miller Scott & Holbrook,
122 Touro Street Newport, RI 02840
(401) 847-7500
Attorney for Defendant - Local Counsel

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the court on the 4th day of June, 2007 and is available for viewing and downloading on the ECF system.

/s/ Francis S. Holbrook II

Francis S. Holbrook II

6806/cb

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of New Hampshire and the following federal district court bar(s) U.S. Dist. Court, Dist. of NH, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Name David A. Garfunkel

Gallagher, Callahan & Gartrell, PC
Firm Name

214 North Main St.
Business Address
P.O. Box 1415
Concord, NH 03302-1415
603-228-1181 Tel. #
603-224-7588 Fax #

Local Associate Counsel - Francis S. Holbrook II
3412
R.I. Bar ID #
Miller, Scott & Holbrook
Firm Name

122 Touro Street
Business Address
Newport, RI 02840

847-7500 Tel. #
848-5854 Fax #

---

**ORDER:** This motion is hereby Granted.

U.S. District Judge

Date: 6/21/07