UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADMIRAL PACKAGING, INC.<br><br>Plaintiff<br><br>v.<br><br>MARS PACKAGING CORP.,<br>WAYNE SUMMERFORD and<br>EVER BETTER EATING, INC.<br><br>Defendants | * | Civil Action No. 07-164S |

**MOTION TO DISMISS**

NOW COMES the Defendant Ever Better Eating, Inc., by and through its counsel, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and respectfully submits the following motion to dismiss. In support thereof, Ever Better Eating, Inc. states as follows:

1. Ever Better Eating, Inc. is a New Hampshire corporation that manufactures prepared flour mixes and doughs.

2. For the reasons stated in Defendant Ever Better Eating Inc.'s Affidavit and Memorandum of Law, Plaintiff's complaint should be dismissed for lack of jurisdiction over the person pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

3. For the reasons stated in Defendant Ever Better Eating Inc.'s Affidavit and Memorandum of Law, Plaintiff's complaint should be dismissed for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

4. A memorandum of law and supporting affidavit submitted contemporaneously with the filing of this motion are incorporated by reference.

WHEREFORE, for the above-stated reasons, Defendant Ever Better Eating, Inc. respectfully request that this Court:

A. Dismiss the above-captioned case as against Ever Better Eating, Inc.; and

B. Grant such other relief as equity and justice may require.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: June 29, 2007

By: ___/s/ David A. Garfunkel____
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

MILLER, SCOTT & HOLBROOK

Dated: June 29, 2007

By: _/s/ Francis S. Holbrook, II_______
Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that the within document has been electronically filed with the court on the 29th day of June, 2007 and is available for viewing and downloading on the ECF system.

___/s/ David A. Garfunkel____
David A. Garfunkel, Esq.