UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADMIRAL PACKAGING, INC.<br><br>Plaintiff<br><br>v.<br><br>MARS PACKAGING CORP.,<br>WAYNE SUMMERFORD and<br>EVER BETTER EATING, INC.<br><br>Defendants | * * * * * * * * * * * | Civil Action No. 07-164S |

**AFFIDAVIT OF BRADFORD S. STERL, JR.
IN SUPPORT OF EVER BETTER EATING'S
MOTION TO DISMISS**

Bradford S. Sterl, Jr., being first duly sworn, deposes and states as follows:

1. I am President of Ever Better Eating, Inc (hereinafter "EBE").

2. EBE is a New Hampshire corporation that manufactures prepared flour mixes and doughs.

3. EBE's sole place of business is at 31 Barnstead Road, Pittsfield, NH 03263.

4. EBE has no employees, telephone numbers, offices, or assets in Rhode Island.

5. EBE does not contract with any independent distributors located in Rhode Island.

6. EBE has never targeted Rhode Island residents.

7. All EBE products are manufactured, assembled, packaged, and shipped from New Hampshire with the exception of some products manufactured in Italy.

8. EBE did not contract with Admiral Packaging, Inc. (hereinafter "Admiral").

9. With the exception of one or two contacts with Admiral in Rhode Island to review the product prior to manufacturing, the only contact EBE had with Admiral was to discuss the defects in the products received from Admiral.

10. EBE received the products manufactured by Admiral pursuant to a agreement EBE entered into with Mars Packaging Corp (hereinafter "Mars").

11. Upon information and belief, Mars is a New Hampshire corporation with its sole place of business in New Hampshire.

Dated: 7/10/07

Bradford S. Sterl, Jr.

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Before me, the undersigned personally appeared the said Bradford S. Sterl, Jr., known to me or satisfactorily proven, to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained and did state under oath the within facts are true to the best of his information and belief.

~~Justice of the Peace~~/Notary Public

MARIANNE S. KULACZ, Notary Public
My Commission Expires July 16, 2008