**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

* * * * * * * * * * * * * * * * * * * * * * * * *

Admiral Packaging, Inc.

v. C.A. No. 07-164

Mars Packaging Corp.,
Wayne Summerford and
Even Better Eating, Inc.

* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendants, Mars Packaging Corp. and Wayne Summerford, hereby move that:

Michael D. Ramsdell, Esquire
Kacavas Ramsdell & Howard, P.L.L.C.
175 Canal Street, 2nd Floor
Manchester, NH 03101
Phone: (603) 625-1254
Fax: (603) 625-2504
E-mail: mramsdell@krhlaw.com

be admitted pro hac vice in the above case as trial counsel with local associate counsel identified below, on the following grounds:

Pro hac vice counsel's present representation of clients Mars Packaging Corp. and Wayne Summerford relative to other legal matters and pro hac vice counsel's law firm's long standing representation of the clients.

Dated: June __, 2007

MARS PACKAGING CORP. and
WAYNE SUMMERFORD
By and through their attorneys,

By: /s/ Keith B. Kyle
Keith B. Kyle, Esq. #3876
Houlihan, Managhan & Kyle, LLP
Two Marlborough St.
Newport, RI 02840-2516
(401) 846-7777
(401) 848-7141 *facsimile*

**CERTIFICATION**

I hereby certify that a copy of the foregoing motion was served this day, via ECF, upon Douglas J. Emanuel, Esq. and Francis S. Holbrook, II, Esq.

Dated: June 27th, 2007

/s/ Keith B. Kyle
Keith B. Kyle

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New Hampshire and of the Federal District Court for the District of New Hampshire, the First Circuit Court of Appeals, and the United States Supreme Court, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Michael D. Ramsdell NH Bar ID #2096
Kacavas Ramsdell & Howard, P.L.L.C.
175 Canal Street, 2nd Floor
Manchester, NH 03101
(603) 625-1254
(603) 625-2504 *facsimile*

Case 1:07-cv-00164-S-DLM Document 9 Filed 06/27/2007 Page 4 of 4

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Keith B. Kyle RI Bar ID #3876
Houlihan, Managhan & Kyle, LLP
Two Marlborough St.
Newport, RI 02840-2516
(401) 846-7777
(401) 848-7141 *facsimile*

---

**ORDER**

This motion in hereby Granted.

WSM
District Judge

Date: 7/11/07