***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

ADMIRAL PACKAGING, INC.

v. Civil Action No. 07-164-S

MARS PACKAGING CORP.,
WAYNE SUMMERFORD and
EVER BETTER EATING, INC.

## ***MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ASSENTED TO BY ALL PARTIES)***

The plaintiff, Admiral Packaging, Inc. ("Admiral Packaging"), respectfully moves this Court for an Order extending the time within which it must respond to the Motion to Dismiss filed by the defendant, Ever Better Eating, Inc. ("EBE"). Admiral Packaging requests that it be permitted to file its response twenty-one days after the earlier of (a) its deposition of EBE, taken with leave of Court following decision on Admiral Packaging's Motion to Take Deposition as to Jurisdictional Facts Only (the "Discovery Motion"); or (b) the date of entry of the denial of the Discovery Motion, if the Discovery Motion is denied.

All parties have assented to the granting of this motion.

In support of this motion, Admiral Packaging relies on the accompanying memorandum of law.

ADMIRAL PACKAGING, INC.
By its attorneys,

s/ Robert D. Fine
s/ Douglas J. Emanuel

Robert D. Fine (2447)
Douglas J. Emanuel (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: July 12, 2007

## *RULE 7.1(A)(2) CERTIFICATE*

Counsel signing below hereby certifies that we have contacted counsel for the defendant and have attempted in good faith to resolve the issues contained in this motion, and all parties have agreed that it may be granted.

s/ Douglas J. Emanuel

## *CERTIFICATE OF SERVICE*

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2007.

/s/ Douglas J. Emanuel

***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

ADMIRAL PACKAGING, INC.

v. Civil Action No. 07-164-S

MARS PACKAGING CORP.,
WAYNE SUMMERFORD and
EVER BETTER EATING, INC.

***MEMORANDUM IN SUPPORT OF***
***MOTION FOR EXTENSION OF TIME TO RESPOND TO***
***DEFENDANT'S MOTION TO DISMISS***

The plaintiff, Admiral Packaging Inc. ("Admiral Packaging"), has moved this Court for an Order extending the time within which it must respond to the Motion to Dismiss filed by the defendant, Ever Better Eating, Inc. ("EBE"). Admiral Packaging requests that it be permitted to file its response twenty-one days after the earlier of (a) its deposition of EBE, taken with leave of Court following decision on Admiral Packaging's Motion to Take Deposition as to Jurisdictional Facts Only (the "Discovery Motion"); or (b) the date of entry of the denial of the Discovery Motion, if the Discovery Motion is denied.

Admiral Packaging submits this memorandum in support of this motion.

On June 29, 2007, EBE filed its Motion to Dismiss the Complaint for lack of personal jurisdiction. Contemporaneously with the filing of the instant motion, Admiral Packaging filed the Discovery Motion.

It makes little sense to require Admiral Packaging to file its opposition to the Motion to Dismiss without knowing the Court's ruling on the Discovery Motion. If the Discovery Motion is granted, requiring Admiral Packaging to oppose the Motion to Dismiss prior to taking the anticipated deposition is an illogical result.

If the Discovery Motion is to be denied, however, it is equally disjunctive to have Admiral

Packaging's opposition to the Motion to Dismiss on file prior to the denial, with both Admiral Packaging and its counsel being without knowledge as to whether it will be receiving the information it needs to oppose the motion.

Thus, in the interests of equity and logic, Admiral Packaging requests that the Court extend the time within which Admiral Packaging must respond to the Motion to Dismiss to twenty-one (21) days after the earlier of (a) its deposition of EBE, taken with leave of Court following decision on Admiral Packaging's Motion to Take Deposition as to Jurisdictional Facts Only (the "Discovery Motion"); or (b) the date of entry of the denial of the Discovery Motion, if the Discovery Motion is denied.

Finally, Admiral Packaging proffers that all parties have assented to the granting of the motion.

ADMIRAL PACKAGING, INC.
By its attorneys,

s/ Robert D. Fine
s/ Douglas J. Emanuel

Robert D. Fine (2447)
Douglas J. Emanuel (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: July 12, 2007

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2007.

/s/ Douglas J. Emanuel