UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| ADMIRAL PACKAGING, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 07-164S |
| MARS PACKAGING CORP., | * | |
| WAYNE SUMMERFORD and | * | |
| EVER BETTER EATING, INC. | * | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO MARS PACKAGING'S AND WAYNE SUMMERFORD'S CROSS-CLAIMS**

NOW COMES Defendant Ever Better Eating, Inc., by and through its attorneys, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and respectfully requests that the time to file its answer or otherwise plead in response to Mars Packaging's and Wayne Summerford's Cross-Claims be enlarged from July 18, 2007 to August 17, 2007. In support hereof, Defendant represents as follows:

1. Defendant's answer to Mars Packaging's and Wayne Summerford's Cross-Claims is due on July 18, 2007.

2. Defendant Ever Better Eating, Inc. requests additional time to file such answer or otherwise plead.

3. Counsel for Mars Packaging and Wayne Summerford, Michael D. Ramsdell, Esquire, and counsel for Admiral Packaging, Inc., Douglas J. Emanuel, Esquire, assent to the relief herein requested.

WHEREFORE, for the above-stated reasons, Defendant Ever Better Eating, Inc. respectfully requests that this Court extend the time for filing its answer or otherwise plead to August 17, 2007.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: July 18, 2007

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

MILLER, SCOTT & HOLBROOK

Dated: July 18, 2007

By: /s/ Francis S. Holbrook, II
Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served this day, via ECF, upon Douglas J. Emanuel, Esq., Michael D. Ramsdell, Esq. and Keith B. Kyle, Esq.

.

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq.