UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADMIRAL PACKAGING, INC.<br><br>Plaintiff<br><br>v.<br><br>MARS PACKAGING CORP.,<br>WAYNE SUMMERFORD and<br>EVER BETTER EATING, INC.<br><br>Defendants | * | Civil Action No. 07-164S |

**ASSENTED-TO MOTION TO WITHDRAW MOTION TO DISMISS**

NOW COMES Defendant Ever Better Eating, Inc., by and through its counsel, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and respectfully moves to withdraw its Motion to Dismiss filed with this Court on June 29, 2007. In support hereof, Ever Better Eating, Inc. represents as follows:

1. On June 29, 2007 Ever Better Eating, Inc. filed a Motion to Dismiss on the basis of lack of personal jurisdiction.

2. Thereafter, Defendant filed an assented-to motion to engage in extensive discovery on the issue of personal jurisdiction. That motion was granted by the Court on July 12, 2007.

3. Upon review of the considerations associated with engaging in extensive discovery on jurisdiction, Ever Better Eating, Inc. has decided to withdraw its Motion to Dismiss and submit itself to the personal jurisdiction of this Court.

4. Counsel for Admiral Packaging, Inc., Douglas J. Emanuel, Esquire, and counsel for Mars Packaging Corp. and Wayne Summerford, Michael D. Ramsdell, Esquire, assent to the relief requested herein.

WHEREFORE, for the above-stated reasons, Ever Better Eating, Inc. respectfully requests that it be permitted to withdraw its Motion to Dismiss filed with this Court on June 29, 2007.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: August 6, 2007

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

MILLER, SCOTT & HOLBROOK

Dated: August 6, 2007

By: /s/ Francis S. Holbrook, II
Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served this day, via ECF, upon Douglas J. Emanuel, Esq., Michael D. Ramsdell, Esq. and Keith B. Kyle, Esq.

Dated: August 6, 2007

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq.