UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| ADMIRAL PACKAGING, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 07-164S |
| MARS PACKAGING CORP., | * | |
| WAYNE SUMMERFORD and | * | |
| EVER BETTER EATING, INC. | * | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER, COUNTERCLAIM, AND CROSS-CLAIM**

NOW COMES Defendant Ever Better Eating, Inc., by and through its counsel, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and respectfully requests an extension of time to file its answer, counterclaim and cross-claim in the above-referenced case. In support hereof, Ever Better Eating, Inc. represents as follows:

1. On June 29, 2007 Ever Better Eating, Inc. filed a Motion to Dismiss for lack of personal jurisdiction.

2. Contemporaneously with the filing of this motion, Ever Better Eating, Inc. has filed a motion to withdraw its Motion to Dismiss. Accordingly, it will be filing an answer, counterclaim and cross-claim in this case.

3. Ever Better Eating, Inc. requests 30 days from today's date within which to file its answer, counterclaim and cross-claim to allow it adequate time to prepare that

pleading. Ever Better Eating, Inc. makes this request because its lead counsel, David A. Garfunkel, will be on vacation from August 9th to August 23rd.

4. Counsel for Admiral Packaging, Inc., Douglas J. Emanuel, Esquire, and counsel for Mars Packaging Corp. and Wayne Summerford, Michael D. Ramsdell, Esquire, assent to the relief requested herein.

WHEREFORE, for the above-stated reasons, Ever Better Eating, Inc. respectfully requests that the time for filing its answer, counterclaim and cross-claim in the above-captioned matter be extended to September 5, 2007.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: August 6, 2007

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

MILLER, SCOTT & HOLBROOK

Dated: August 6, 2007

By: /s/ Francis S. Holbrook, II
Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served this day, via ECF, upon Douglas J. Emanuel, Esq., Michael D. Ramsdell, Esq. and Keith B. Kyle, Esq.

Dated: August 6, 2007

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq.