UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADMIRAL PACKAGING, INC.<br><br>Plaintiff<br><br>v.<br><br>MARS PACKAGING CORP.,<br>WAYNE SUMMERFORD and<br>EVER BETTER EATING, INC.<br><br>Defendants | Civil Action No. 07-164S |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE CROSS-CLAIM OF MARS PACKAGING CORP. AND WAYNE SUMMERFIELD**

NOW COMES Defendant Ever Better Eating, Inc., by and through its counsel, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and respectfully requests an extension to September 5, 2007, to file its answer to the cross-claim in the above-referenced case. In support hereof, Ever Better Eating, Inc. represents as follows:

1. On June 29, 2007, Ever Better Eating, Inc. filed a Motion to Dismiss for lack of personal jurisdiction.

2. On June 28, 2007 Defendants Mars Packaging Corp. and Wayne Summerfield filed a cross-claim against Ever Better Eating, Inc.

3. On July 18, 2007, Ever Better Eating, Inc. file an assented to motion to extend the time for it to file its answer to the cross-claim to August 17, 2007. That motion was granted on July 24, 2007.

4. Contemporaneously with the filing of this motion, Ever Better Eating, Inc. has filed a motion to withdraw its Motion to Dismiss and has also filed a motion requesting an extension until September 5, 2007 to file its answer, counterclaim and cross-claim in this case.

4. Ever Better Eating, Inc. also requests an extension until that same date, September 5, 2007, within which to file its answer to the cross-claim.

5. Counsel for Admiral Packaging, Inc., Douglas J. Emanuel, Esquire, and counsel for Mars Packaging Corp. and Wayne Summerford, Michael D. Ramsdell, Esquire, assent to the relief requested herein.

WHEREFORE, for the above-stated reasons, Ever Better Eating, Inc. respectfully requests that the time for filing its answer to the cross-claim in the above-captioned matter be extended to September 5, 2007.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: August 6, 2007

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

MILLER, SCOTT & HOLBROOK

Dated: August 6, 2007

By: /s/ Francis S. Holbrook, II

Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served this day, via ECF, upon Douglas J. Emanuel, Esq., Michael D. Ramsdell, Esq. and Keith B. Kyle, Esq.

Dated: August 6, 2007

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq.