**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Admiral Packaging, Inc. | * | |
| | * | C.A. No. 07-164S |
| v. | * | |
| | * | |
| Mars Packaging Corp., Wayne Summerford and Even Better Eating, Inc. | * | |

## NOTICE OF ADDRESS CHANGE

NOW COMES undersigned counsel, Michael D. Ramsdell, and notifies the Court that the new mailing address for the law firm of Kacavas Ramsdell & Howard, P.L.L.C. is 1850 Elm Street, Manchester, New Hampshire 03104. The firm's telephone number remains the same.

Respectfully submitted,

KACAVAS RAMSDELL
& HOWARD, P.L.L.C.

Dated: October 2, 2007

By /s/ Michael D. Ramsdell
Michael D. Ramsdell (NH #2096)
Kacavas Ramsdell
& Howard, P.L.L.C.
1850 Elm Street
Manchester, NH 03104
(603) 625-1254

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Address Change pursuant to Fed. R. Cr. P. 14(a) was forwarded to all counsel of record via ECF.

/s/ Michael D. Ramsdell
Michael D. Ramsdell (NH #2096)