UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADMIRAL PACKAGING, INC.

VS C.A. NO. 07-164-S

MARS PACKAGING CORP.; WAYNE SUMMERFORD, AND EVER BETTER EATING, INC.

**ENTRY OF APPEARANCE**

I, James S. D'Ambra, Esquire, of RICE DOLAN & KERSHAW hereby enter my appearance as co-counsel on behalf of Plaintiff Admiral Packaging, Inc. in the above matter.

_/s/ James S. D'Ambra_________
James S. D'Ambra, Esq. #5064
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

DATED: October 9, 2007

TO:
Douglas J. Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Keith B. Kyle, Esq.
Houlihan Managhan & Kyle, LLP
Two Marlborough Street
Newport, RI 02840

Francis S. Holbrook II, Esq.
David A. Garfunkel, Esq.
Miller Scott & Holbrook Gallagher Callahan & Gartrell
122 Touro Street
PO Box 1415
Newport, RI 02840

David A. Garfunkel, Esq.
Gallagher Callahan & Gartrell
PO Box 1415
Concord, NH 03302-1415

Copy to counsel of record, as above, via the Court's ECF system, on October 9, 2007.

/s/ James S. D'Ambra_________