***UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

ADMIRAL PACKAGING, INC.

v. Civil Action No. 07-164-S

MARS PACKAGING CORP., et al.

***STIPULATION PROPOSING AMENDMENT TO PRETRIAL ORDER AS TO SEQUENCE AND TIMING OF DISCLOSURE OF EXPERT WITNESSES***

In the above-entitled action, the parties agree that the following entry may be made:

1. Plaintiff represents that it does not intend to call expert witnesses in support of the allegations in the Complaint. This representation is without prejudice to the Plaintiff's right to call expert witnesses (a) in response to expert testimony proffered by the Defendants in defense of the allegations of the Complaint; or (b) in defense of the Counterclaim, regardless of whether the Defendants offer expert witnesses in connection with the Counterclaim.

2. Based upon Plaintiff's representations, instead of the usual course of Plaintiff first providing expert disclosures followed by Defendant's expert disclosures, Paragraph 2 of this Court's Pretrial Order (Civil Case), dated October 1, 2007, is hereby amended to read as follows (with amendments in ***bold italic type***):

> ***Defendants*** shall make their expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by ***May 10, 2008.*** ***Plaintiff*** shall make its expert disclosures as required by Fed. R. Civ. P. 26(a)(2) by ***June 10, 2008.*** Expert depositions shall take place between ***June 11, 2008*** and July 1, 2008. Expert discovery shall be completed by July 1, 2008. (Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court.)

***[SIGNATURES APPEAR ON FOLLOWING PAGE]***

ADMIRAL PACKAGING, INC.
Plaintiff
By its attorneys,

/s/ Douglas J. Emanuel

Douglas J. Emanuel (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

ADMIRAL PACKAGING, INC.
Counterclaim Defendant,
By its attorneys,

/s/ James S. D'Ambra

James S. D'Ambra (5064)
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903
Tel.: (401) 272-8800
Fax: (401) 421-7218
Email: ricedolan@ricedolan.com

MARS PACKAGING, INC. and
WAYNE SUMMERFORD
By their attorneys,

/s/ Keith B. Kyle

Keith B. Kyle (3876)
Houlihan, Managhan & Kyle, LLP
Two Marlborough Street
Newport, RI 02840
Tel.: (401) 846-7777
Fax: (401) 848-7141
Email: keith@hmandklaw.com

/s/ Michael Ramsdell

Michael Ramsdell, *pro hac vice*
Kacavas Ramsdell & Howard, P.L.L.C.
1850 Elm St.
Manchester, NH 03104
Tel.: (603) 625-1254
Fax: (603) 625-2504
Email: mramsdell@krhlaw.com

EVER BETTER EATING, INC.
By its attorneys,

/s/ Francis S. Holbrook, II

Francis S. Holbrook, II (3412)
Miller Scott & Holbrook
122 Touro Street
Newport, RI 02840
Tel.: (401) 847-7500
Fax: (401) 848-5854
Email: fholbrook@millerscott.com

/s/ David Garfunkel

David Garfunkel, *pro hac vice*
Gallagher, Callahan & Gartrell, PC
214 North Main Street
P.O. Box 1415
Concord, NH 03302-1415
Tel.: (603) 228-1181
Fax: (603) 224-7588
Email: garfunkel@gcglaw.com

SO ORDERED:

The Honorable William E. Smith, U.S.D.J.

Dated: February 19, 2008