JSD:af 07-274

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADMIRAL PACKAGING, INC.

vs. C.A. No. 07-164-S

MARS PACKAGING CORP.,
WAYNE SUMMERFORD and
EVER BETTER EATING, INC.

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT.**

The plaintiff brings this supplemental memorandum merely to correct the dates of proposed expert disclosure. The proposed dates are December 1, 2008 for the defendant's disclosure, the plaintiff's disclosures due on January 1, 2009, and expert depositions will be conducted between January 1, 2009 and February 1, 2009.

The plaintiff's initial memorandum incorrectly pointed to dates for January and February of 2008, instead of January and February of 2009.

Accordingly, the plaintiff requests that its motion be granted for the reasons set forth in its initial memorandum in support of the motion to file a third-party complaint.

/S/ James S. D'Ambra
James S. D'Ambra, Esq. (#5064)
RICE DOLAN & KERSHAW
*Attorneys for Crossclaim Defendant*
*Admiral Packaging, Inc.*
72 Pine Street, Third Floor
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 17th day of April, 2008:

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Francis S. Holbrook, II, Esq.
Miller Scott & Holbrook
122 Tourto Street
Newport, RI 02840

Michael Ramsdell, pro hac vice
Kacavas Ramsdell & Howard, P.L.L.C.
1850 Elm Street
Manchester, NH 03104

Keith B. Kyle, Esq.
Houlihan Managhan & Kyle, LLP
Two Marlborough Street
Newport, RI 02840

David A. Garfunkel, Esq.
Gallagher Callahan & Gartrell
PO Box 1415
Concord, NH 03302-1415

/S/ James S. D'Ambra