UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| ADMIRAL PACKAGING, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 07-164S |
| MARS PACKAGING CORP., | * | |
| WAYNE SUMMERFORD and | * | |
| EVER BETTER EATING, INC. | * | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**EVER BETTER EATING, INC.'S PARTIAL OBJECTION TO ADMIRAL PACKAGING INC.'S MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT**

NOW COMES the Defendant/Counterclaim Plaintiff Ever Better Eating, Inc., by and through its counsel, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and respectfully submits this Partial Objection to Admiral Packaging Inc.'s Motion for Leave to File a Third-Party Complaint. In support thereof, Ever Better Eating, Inc. ("EBE") states as follows:

1. Plaintiff/Counterclaim Defendant Admiral Packaging, Inc. ("Admiral") has by motion dated April 14, 2008 requested leave to file a third-party complaint against Cadillac Products Packaging Co. ("Cadillac").

2. In its supporting memorandum, Admiral also requested that the dates for expert disclosure contained in the Court's scheduling order be extended so that the defendants' disclosures will be due December 1, 2008, the plaintiff's disclosures will be due January 1, 2009, and expert depositions will be conducted between January 1, 2009 and February 1, 2009. This request for an extension is in accordance with the

parties' expectation that a new trial date will be assigned as a result of the addition of a third-party defendant.

3. If the Court agrees to extend the time period for expert disclosures, Ever Better Eating, Inc. assents to the Motion for Leave to File a Third-Party Complaint. If the expert disclosures remain due in accordance with the current scheduling order, EBE objects to Admiral's Motion because it will unfairly prejudice EBE.

Wherefore, for the above stated reasons and for the reasons stated in EBE's supporting memorandum of law filed herewith, EBE respectfully requests that this Court:

A. Extend the expert disclosure deadlines as proposed in Admiral's Memorandum in Support of Motion for Leave to File a Third Party Complaint and grant Admiral's Conditionally Assented to Motion for Leave to File a Third Party Complaint, or alternatively;

B. Deny said motion if the Court denies the requested extension of deadlines for the disclosure of experts; and

C. Grant such other relief as justice may require.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: April 21, 2008

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

And

MILLER, SCOTT & HOLBROOK

Dated: April 21, 2008

By: /s/ Francis S. Holbrook, II

Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this day, via ECF, upon Douglas J. Emanuel, Esq., Michael D. Ramsdell, Esq. and Keith B. Kyle, Esq.

Dated: April 21, 2008

By: /s/ David A. Garfunkel

David A. Garfunkel, Esq.