UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADMIRAL PACKAGING, INC., Plaintiff,

v. CA 07-164 S

MARS PACKAGING CORP., WAYNE SUMMERFORD and EVER BETTER EATING, INC., Defendants.

**ORDER GRANTING**
**MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**
**AND EXTENDING DATES**

Before the Court is Counterclaim Defendant/Plaintiff's Conditionally Assented to Motion for Leave to File a Third Party Complaint (Document ("Doc.") #35) ("Motion for Leave to File Third Party Complaint" or "Motion"). By the Motion, Counterclaim Defendant/Plaintiff Admiral Packaging, Inc. ("Admiral"), seeks to file a third party complaint against Cadillac Products Packaging Co. See Plaintiff's Memorandum in Support of Motion for Leave to File a Third Party Complaint ("Admiral's Mem.") at 1. Admiral also seeks to extend the dates for expert witness disclosures and depositions. See id.; Plaintiff's Supplemental Memorandum in Support of Its Motion for Leave to File a Third-Party Complaint (Doc. #36) ("Admiral's Supp. Mem.") at 1.[1] Defendant Ever Better Eating, Inc. ("Ever Better Eating"), has filed a partial objection to the Motion. See Ever Better Eating, Inc.'s Partial Objection to Admiral Packaging Inc.'s Motion for Leave to File a Third-Party Complaint (Doc. #37) ("Partial Objection").

Admiral represents that "[c]ounsel for Mars Packaging Corp.,

[1] Admiral's Supp. Mem. was filed in order to correct typographical errors in the dates included in Admiral's Mem. See Admiral's Supp. Mem. at 1.

Wayne Summerford and Ever Better Eating, Inc.[,] ha[ve] indicated that they have no objection to the filing of the third-party complaint if the current scheduling order is pushed back given the fact that a new party will be added to the case and discovery will need to be conducted for third-party defendant." Admiral's Mem. at 1. This representation is consistent with Ever Better Eating's Partial Objection, wherein Ever Better Eating requests that the Court "[e]xtend the expert disclosure deadlines as proposed in Admiral's Memorandum in Support of Motion for Leave to File a Third Party Complaint and grant Admiral's Conditionally Assented to Motion for Leave to File a Third Party Complaint ...." Partial Objection at 2.

Accordingly, the Motion for Leave to File Third Party Complaint is GRANTED. The dates for expert witness disclosures and depositions are amended so that Defendants' expert witness disclosures are now due on December 1, 2008; Plaintiff's expert witness disclosures are now due on January 1, 2009; and expert witness depositions are to be conducted between January 1, 2009, and February 1, 2009.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 24, 2008