JSD:af 07-274

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADMIRAL PACKAGING, INC.

vs.

MARS PACKAGING CORP.,
WAYNE SUMMERFORD and
EVER BETTER EATING, INC.

vs.

CADILLAC PRODUCTS PKG. CO.

C.A. No. 07-164-S

## COUNTERCLAIM DEFENDANT ADMIRAL PACKAGING, INC.'S THIRD-PARTY COMPLAINT

1. The Plaintiff Admiral Packaging, Inc. ("Admiral") has brought an action against defendants Mars Packaging Corp. ("Mars"), Wayne Summerford and Ever Better Eating, Inc., a copy of which is attached hereto as Exhibit A, alleging breach of contract, unjust enrichment and quantum meruit.

2. Defendant Ever Better Eating, Inc. ("EBE") filed a counterclaim, a copy of which is attached hereto as Exhibit B, alleging it sustained damages as a result of defective "film" purchased from Admiral including delamination, pinholing and other defects.

3. Admiral denies that it was negligent in any way or responsible to EBE for any of the claims asserted.

4. EBE claims that rollstock sold by Admiral to EBE contained defective EVOH.

5. Admiral purchased the alleged defective EVOH from Cadillac.

6. Without admitting, but on the contrary denying the allegations of counterclaim plaintiff's complaint, counterclaim defendant states that if it is liable to the counterclaim plaintiff, the said liability would have been brought about by the negligence of the third-party defendant, Cadillac Products Pkg. Co. and therefore, Admiral is entitled to indemnity and/or contribution from third-party defendant, Cadillac Products Pkg. Co., for all sums that may be adjudged against defendant in favor of the primary plaintiff.

WHEREFORE, Admiral Packaging, Inc. demands judgment against third-party defendant, Cadillac Products Pkg. Co., for contribution and indemnity for all sums that may be adjudged against defendant/third-party plaintiff Admiral Packaging, Inc. and in favor of the primary plaintiff.

/S/ James S. D'Ambra
James S. D'Ambra, Esq. (#5064)
RICE DOLAN & KERSHAW
*Attorneys for Crossclaim Defendant*
*Admiral Packaging, Inc.*
72 Pine Street, Third Floor
Providence, RI 02903
(401) 272-8800 telephone
(401) 421-7218 fax

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within document has been sent to counsel of record, as follows, this 30th day of April, 2008:

Douglas Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Francis S. Holbrook, II, Esq.
Miller Scott & Holbrook
122 Tourto Street
Newport, RI 02840

Michael Ramsdell, pro hac vice
Kacavas Ramsdell & Howard, P.L.L.C.
1850 Elm Street
Manchester, NH 03104

Keith B. Kyle, Esq.
Houlihan Managhan & Kyle, LLP
Two Marlborough Street
Newport, RI 02840

David A. Garfunkel, Esq.
Gallagher Callahan & Gartrell
PO Box 1415
Concord, NH 03302-1415

/S/ James S. D'Ambra