AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

PLAINTIFF

ADMIRAL PACKAGING, INC.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

MARS PACKAGING, CORP.,
WAYNE SUMMERFORD and
EVER BETTER EATING, INC.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 07-164S

V. THIRD PARTY DEFENDANT

CADILLAC PRODUCTS PKG. CO.

To: Name and address of Third Party Defendant

Cadillac Products Packaging Company
5800 Crooks Road
Troy, Michigan 48098-2830

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Emanuel, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

Counterclaim Plaintiff
DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

James S. D'Ambra, Esq.
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

an answer to the third-party complaint which is served on you with this summons, within 20 days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

5-5-08

DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail/Return Receipt Requested and First Class Mail to Robert J. Williams, Jr., Resident Agent for Cadillac Products Pkg. Co., 5800 Crooks Road, Troy, MI 48098-2830

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/31/08
Date

*Signature of Server*

James S. D'Ambra, Esq. (5064)
Rice Dolan & Kershaw
72 Pine St, Suite 300, Providence, RI 02903

*Address of Server*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert J. Williams, Jr.
Resident Agent for
Cadillac Products Pkg Co.
5800 Crooks Road
Troy, MI 48098-2830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 5-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 0750 0002 4247 2842

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

(1) As to who may serve a summons s