**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADMIRAL PACKAGING, INC.<br><br>-vs-<br><br>MARS PACKAGING CORP.,<br>WAYNE SUMMERFORD and<br>EVER BETTER EATING, INC.<br><br>-vs-<br><br>CADILLAC PRODUCTS PACKAGING CO. | : | C.A. NO. 07-164S |

**ANSWER OF THIRD-PARTY DEFENDANT CADILLAC PRODUCTS PACKAGING COMPANY TO THE TO THE THIRD-PARTY COMPLAINT OF COUNTERCLAIM DEFENDANT, ADMIRAL PACKAGING, INC.**

1. Third-party defendant, Cadillac Products Packaging Company, admits the filing of a Complaint and Counterclaim as alleged in paragraphs 1 and 2.

2. Siad third-party defendant denies the allegations set forth in paragraphs 3 through 6 of said Third-Party Complaint.

WHEREFORE, third-party defendant, Cadillac Products Packaging Company demands entry of Judgment in its behalf and for its costs and attorney's fees in defending this action.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Third-Party Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903

(401) 272-1312
(401) 331-9397 (fax)

## AFFIRMATIVE DEFENSES

Third-party defendant, Cadillac Products Packaging Company, hereby pleads the affirmative defenses of laches, waiver, modification of product and limitation of warranty.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Third-Party Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: James S. D'Ambra, Esquire
RICE DOLAN & KERSHAW
72 Pine Street, Third Floor
Providence, Rhode Island 02903

Douglas Emanuel, Esquire
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, Rhode Island 02903

Francis S. Holbrook, II, Esquire
Miller Scott & Holbrook
122 Touro Street
Newport, Rhode Island 02840

Michael Ramsdell, pro hac vice
Kacavas Ramsdell & Howard, P.L.L.C.
1850 Elm Street
Manchester, New Hampshsire 03104

Keith B. Kyle, Esquire
Houlihan Managhan & Kyle, LLP
Two Marlborough Street
Newport, Rhode Island 02840

David A. Garfunkel, Esquire
Gallagher Callahan & Gartrell
P. O. Box 1415
Concord, New Hampshire 03302-1415

CERTIFICATION

*I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 19, 2008, and that there are no non-registered participants.*

*/s/ James H. Reilly*