UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADMIRAL PACKAGING, INC. | | |
| Plaintiff | | |
| v. | | Civil Action No. 07-164S |
| MARS PACKAGING CORP., WAYNE SUMMERFORD and EVER BETTER EATING, INC. | | |
| Defendants | | |

**ASSENTED-TO MOTION TO MODIFY PRETRIAL ORDER TO EXTEND THE DATE FOR CLOSE OF DISCOVERY**

NOW COMES Defendant Ever Better Eating, Inc., by and through its counsel, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and respectfully requests that the pretrial order in this case be modified to extend the date for close of discovery from July 1, 2008 to February 1, 2009.

Ever Better has submitted its supporting memorandum contemporaneously with the filing of this motion.

All parties, through counsel, have assented to the relief requested in this motion.

WHEREFORE, Ever Better Eating, Inc. respectfully requests that the date for close of discovery in this case be extended from July 1, 2008 to February 1, 2009.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: June 27, 2008

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

AND
MILLER, SCOTT & HOLBROOK

Dated: June 27, 2008

By: /s/ Francis S. Holbrook, II
Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served this day, via ECF, upon Douglas J. Emanuel, Esq., Michael D. Ramsdell, Esq., James S. D'Ambra, Esq., Keith B. Kyle, Esq., and James H. Reilly, Esq.

Dated: June 27, 2008

By: /s/ David A. Garfunkel
David A. Garfunkel, Esq.