UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |
| ADMIRAL PACKAGING, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 07-164S |
| MARS PACKAGING CORP.,<br>WAYNE SUMMERFORD and<br>EVER BETTER EATING, INC. | *<br>*<br>* | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**MEMORANDUM IN SUPPORT OF ASSENTED-TO MOTION TO MODIFY PRETRIAL ORDER TO EXTEND THE DATE FOR CLOSE OF DISCOVERY**

NOW COMES Defendant Ever Better Eating, Inc. ("Ever Better"), by and through its counsel, Miller, Scott & Holbrook and Gallagher, Callahan & Gartrell, P.C., and submits this memorandum in support of its assented to motion to modify pretrial order to extend the date for close of discovery.

The Pretrial Order issued in this case on October 1, 2007 established dates for expert disclosures, expert discovery and close of discovery. The date for close of discovery and completion of expert discovery was July 1, 2008.

On April 14, 2008, Admiral Packaging, Inc. filed a Conditionally Assented to Motion for Leave to File a Third Party Complaint against Cadillac Products Pkg. Co.

On April 21, 2008, Ever Better filed a partial objection to Admiral's motion requesting that the Court either grant Admiral's motion and extend the deadlines for expert disclosures or, alternatively, deny the motion if the Court denied the requested extension of deadlines for the disclosure of experts.

On April 24, 2008, the Court granted Admiral's motion for leave to file a third party complaint and also granted the parties' request that the date for defendants' expert disclosures be extended to December 1, 2008, the date for plaintiff's expert disclosures be extended to January 1, 2009, and the date for expert witness depositions be extended to February 1, 2009.

Because a new party has just recently been added to the case and no discovery has yet occurred with respect to that party, and because the date for expert discovery (depositions) has been extended to February 1, 2009, Ever Better respectfully requests that the deadline for completion of all discovery be similarly extended to February 1, 2009. Such an extension would be consistent with this court's order of April 24, 2008, will allow the parties to engage in appropriate discovery, and will be consistent with the efficient administration of justice.

## Conclusion

For the forgoing reasons, Ever Better respectfully requests that the Court modify the pretrial order to extend the date for close of discovery to February 1, 2009.

Respectfully submitted,

EVER BETTER EATING, INC.

By Its Attorneys
GALLAGHER, CALLAHAN & GARTRELL
Professional Corporation

Dated: June 27, 2008

By: /s/ David A. Garfunkel______________
David A. Garfunkel, Esq. (N.H. #900)
P.O. Box 1415
Concord, NH 03302-1415
(603) 228-1181

AND

MILLER, SCOTT & HOLBROOK

Dated: June 27, 2008

By: /s/ Francis S. Holbrook, II

Francis S. Holbrook II, Esq. (#3412)
Miller, Scott & Holbrook
122 Touro Street
Newport, R.I. 02840
401-847-7500
Local Counsel

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served this day, via ECF, upon Douglas J. Emanuel, Esq., Michael D. Ramsdell, Esq., James S. D'Ambra, Esq., ad Keith B. Kyle, Esq., and James H. Reilly, Esq.

Dated: June 27, 2008

By: /s/ David A. Garfunkel

David A. Garfunkel, Esq.